PS 8
(3/15)

Case 2:22-cr-00028-RMP     ECF No. 44     filed 08/18/22     PageID.125     Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Williams, Daniel Thomas | Docket No. | 0980 2:22CR00028-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Thomas Williams, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 23rd day of May 2022, under the following conditions:

**Additional Condition # 11:** Defendant shall abstain totally from the use of alcohol.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation number # 1:** It is alleged that Mr. Williams violated the conditions of his release by consuming alcohol on or about August 4, 2022.

On August 15, 2022, after providing a urinalysis result that tested positive for alcohol, Mr. Williams admitted to the undersigned officer that he consumed alcohol on or about August 4, 2022.

     PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 17, 2022

by   s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[x] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

8/17/2022
Date