# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 26, 2022**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Williams, Daniel Thomas | Docket No. | 0980 2:22CR00028-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Thomas Williams, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 23rd day of May 2022 under the following conditions:

On June 2, 2022, the conditions of pretrial release supervision were reviewed with Mr. Williams. He acknowledged an understanding of his conditions and signed a copy of his release Order.

**Additional Condition # 11:** Defendant shall abstain totally from the use of alcohol.

**Additional Condition # 16:** Defendant shall avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or who may become a victim or potential witness in subject investigation or prosecution. Pretrial services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

**Release Condition # 6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation number # 1:** It is alleged that Mr. Williams violated the conditions of his release, specifically additional condition number 11, by consuming alcohol on or about September 6, 2022.

Specifically, on September 16, 2022, Mr. Williams' treatment provider informed the undersigned that Mr. Williams provided a urinalysis that returned a positive result for alcohol on September 7, 2022. On September 20, 2022, the undersigned spoke with Mr. Williams via telephone in which he admitted to consuming alcohol on or about September 6, 2022.

**Violation number # 2:** It is alleged that Mr. Williams violated the conditions of his release, specifically additional condition number 16, by having contact with a potential witness in this case on an unknown date in September 2022.

Specifically, on September 19, 2022, a U.S. probation officer spoke with a complainant in the pre-sentence investigation report. The complainant informed the U.S. probation officer that he encountered Mr. Williams at a gas station in which Mr. Williams proceeded to make disparaging remarks toward him and called him a "snitch".

**Violation number # 3:** It is alleged that Mr. Williams violated the conditions of his release, specifically release condition number 6, by failing to report to the U.S. Probation Office as directed on September 23, 2022.

Specifically, on September 20, 2022, the undersigned spoke with Mr. Williams in which he was directed to report to the U.S. Probation Office on September 23, 2022, at 2 p.m. On September 23, 2022, Mr. Williams sent a text message to the undersigned at 3:06 p.m. stating that he would be at the U.S. Probation Office in 45 minutes and he then proceeded to send a text message stating that he would not be reporting stating "why should I come there just to go jail". The undersigned attempted to call Mr. Williams though he did not answer so a text message was sent asking for clarification of his last text message, though as of this writing he has failed to respond. Mr. Williams appears to be evading supervision at this time.

PS-8
Re: Williams,, Daniel Thomas
September 26, 2022
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 26, 2022

by  s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

9/26/2022

Date