UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Williams, Daniel Thomas | Docket No. | 0980 2:22CR00028-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Jonathan C Bot, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel Thomas Williams, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington on the 23rd day of May 2023, under the following conditions:

On June 2, 2022, the conditions of pretrial release supervision were reviewed with Mr. Williams. He acknowledged an understanding of his conditions and signed a copy of his release Order.

**Release Condition #3:** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**Release Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** It is alleged that Mr. Williams violated the conditions of his release, specifically release condition number 3, by failing to appear for his sentencing before the Honorable Judge Rosanna Malouf Peterson, Senior U.S. District Judge, on October 18, 2022.

Specifically, on July 19, 2022, Mr. Williams appeared before Honorable Judge Rosanna Malouf Peterson, Senior U.S. District Judge, for the purpose of a change of plea hearing. It was at this time that Mr. Williams entered a guilty plea to the information superseding indictment and sentencing was set for October 18, 2022. On October 18, 2022, Mr. Williams failed to appear for sentencing.

**Violation #5:** It is alleged that Mr. Williams violated the conditions of his release, specifically release condition number 1, by committing the offense of making a false statement to a public servant on January 24, 2023.

On January 24, 2023, per Spokane Police Department (SPD) report 2023-20015619, an SPD officer responded to Holy Family Medical Center for the report of a male, later identified as Mr. Williams, who was being treated for multiple non-life threatening gunshot wounds. The SPD officer contacted the aforementioned male, in which he provided a name and date of birth of an individual who was later determined to be in custody at the Geiger Correctional Facility. The aforementioned male was thereafter positively identified as Mr. Williams, in which it was determined that he had an active warrant which was issued in response to the violation petition filed with the Court on September 26, 2022. Mr. Williams refused to provide any information in respect to the shooting and was taken into custody on the warrant and charged with the offense of making a false statement to a public servant.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 27, 2023

by  s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

January 27, 2023

Date