PROB 12C
(6/16)

Report Date:  April 23, 2026

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2026

SEAN F. McAVOY, CLERK

ECF No. 137

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Thomas Williams    Case Number: 0980 2:22CR00028-RLP-1

Address of Offender: ███████████████    Washington 99173

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: May 2, 2023

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 27 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence September 16, 2025 | Prison - 7 months; TSR - 29 months | |
| Asst. U.S. Attorney: | Michael Loius Vander Geissen | Date Supervision Commenced: January 30, 2026 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: June 29, 2028 |

---

### PETITIONING THE COURT

To issue a summons

On February 9, 2026, Mr. Williams reviewed and signed his judgment acknowledging his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged Mr. Williams violated mandatory condition number 3 by using methamphetamine on or around March 11, 2026.

On March 11, 2026, Mr. Williams provided a random urinalysis test at Spokane Tribal Behavioral Health. The urine sample returned positive for the presence of methamphetamine. Mr. Williams admitted to the use of methamphetamine

Prob12C
**Re: Williams, Daniel Thomas**
**April 23, 2026**
**Page 2**

**Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Williams violated mandatory condition number 3 by using fentanyl on or around March 26, 2026.

On March 26, 2026, Mr. Williams provided a random urinalysis test at Spokane Tribal Behavioral Health.  The urine sample returned positive for the presence of fentanyl.  Mr. Williams denies the use of fentanyl.

**Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Williams violated mandatory condition number 3 by using methamphetamine on or around April 19, 2026.

On April 21, 2026, the undersigned officer visited Mr. Williams at his residence and requested a random urinalysis sample.  Mr. Williams reported that his specimen would be positive for methamphetamine.  He admitted to using methamphetamine on or around April 19, 2026, and he signed an admission form.

**Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Williams violated mandatory condition number 3 by using methamphetamine on or around April 19, 2026.

On April 21, 2026, the undersigned officer visited Mr. Williams at his residence and requested a random urinalysis sample.  Mr. Williams reported that his specimen would be positive for marijuana.  He admitted to using marijuana on or around April 20, 2026, and he signed an admission form.

**Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged Mr. Williams is in violation of his conditions of supervised release by failing to make effort to secure employment, as required by his conditions of supervised release, since January 30, 2026.

Prob12C

**Re: Williams, Daniel Thomas**
**April 23, 2026**
**Page 3**

Since Mr. Williams commenced supervised release on January 30, 2026, he has made little to no effort to secure employment, required by his conditions of supervised release.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___04/23/2026___

___s/Corey M. McCain___

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ x]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ x]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

___April 23, 2026___
Date