PROB 12C
(6/16)

Report Date:  April 30, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No. 141

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Thomas Williams          Case Number: 0980 2:22CR00028-RLP-1

Address of Offender: ██████████████ Springdale, Washington 99173

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: May 2, 2023

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: | Prison - 27 months; TSR - 36 months |
| Revocation Sentence (September 16, 2025) | Prison - 7 months; TSR - 36 months |
| Asst. U.S. Attorney: | Michael Loius Vander Geissen |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 30, 2026

Date Supervision Expires: June 29, 2028

---

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in the petition with a previous petition filed on April 23, 2026.

On February 9, 2026, Mr. Williams reviewed and signed his judgement acknowledging his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Mr. Williams violated mandatory condition number 3 by using a controlled substance, methamphetamine on or around April, 28, 2026.

Mr. Williams provided a random urinalysis test on April 30, 2026.  The urine sample yielded a presumptive positive result for the presence of methamphetamine and fentanyl.  Mr. Williams admitted to the use of methamphetamine on April 28, 2026, but he denied using

**Prob12C**
**Re: Williams, Daniel Thomas**
**April 30, 2026**
**Page 2**

fentanyl.  Mr. Williams signed a drug use admission form.  The sample was sent off to the contract laboratory to further test for the presence of fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/30/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

4/30/2026

Date