PROB 12C
(6/16)

Report Date:  May 7, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2026

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Thomas Williams        Case Number: 0980 2:22CR00028-RLP-1

Address of Offender: ██████████████  Springdale, Washington 99173

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: May 2, 2023

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition , 18 U.S.C. §§  922(g)(1), 924(a)(2) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(September 16, 2025) | Prison - 7 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | Michael Louis Vander Geissen | Date Supervision Commenced: January 30, 2026 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 29, 2028 |

---

### PETITIONING THE COURT

To incorporate the violations contained in the petition with a previous petition filed on April 23 and April 30, 2026.

On February 9, 2026, Mr. Williams reviewed and signed his judgment acknowledging his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged Mr. Williams violated mandatory condition number 3 by using fentanyl, on or around April 30, 2026.

On April 30, 2026, Mr. Williams provided a urinalysis at the U.S. Probation Office. The sample was presumptive positive for fentanyl.  Mr. Williams denied the use of fentanyl and the urine sample was sent to the contract laboratory. Ultimately, the sample returned positive for the presence of fentanyl.

Prob12C

**Re: Williams, Daniel Thomas**
**May 7, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/07/2026
_____

s/Corey M. McCain
_____

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

May 7, 2026
_____

Date